# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Karen A. McKenzie

                              Plaintiff,

v.                                            Case No.: 1:11–cv–06675
                                            Honorable Milton I. Shadur

American Airlines, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2014:

      MINUTE entry before the Honorable Milton I. Shadur: Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure this case is dismissed with prejudice and without attorneys' fees or costs. Status set for 11/10/2014 is vacated. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.